

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00128-CR

**ROY WAYNE GLENN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2016-1796-C1**

## ORDER

The Memorandum Opinion in this appeal was issued on August 1, 2018. On August 6, 2018, we received a document which the Court construed as a motion for rehearing. That motion for rehearing was denied on August 22, 2018.

On August 30, 2018, we received a document dated August 23, 2018, which was very similar to the document we received on August 6, 2018. In the document we received August 30, 2018, in addition to various other statements and comments, the appellant asked, "'Please' and I request another appeal…" Upon consideration of the

content and timing of the document, it is either another motion for rehearing or a request for a petition for discretionary review. Since the original opinion in this appeal was not modified in any way in the denial of the motion for rehearing, we have no jurisdiction to consider another motion for rehearing. *See* TEX. R. APP. P. 49.5. Additionally, only the Court of Criminal Appeals has jurisdiction of a petition for discretionary review. See *Garza v. State*, 896 S.W.2d 192 (Tex. Crim. App. 1995). Nevertheless we still have plenary jurisdiction in this appeal. TEX. R. APP. P. 19.1(b).

Accordingly, to the extent the document received August 30, 2018 is another motion for rehearing, it is denied. To the extent it requests relief from this Court in the form of a petition for discretionary review, it is dismissed for want of jurisdiction.[1]

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied or dismissed
Order issued and filed September 19, 2018



---

[1] A petition for discretionary review must be filed in the Court of Criminal Appeals.